# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Duane L. Hyrowich                  CHAPTER 13

                Debtor(s)

                                                      BKY. NO. 23-11233

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                                    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
14 Jun 2023, 15:34:18, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322

Document ID: d4dfd0cb3862ce2da0a7b3df444ef1fdb66a9f77e6481cf7906d6e00a2a3b0d1