UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Duane L. Hyrowich<br><br>                    Debtor | Chapter 13<br>Bankruptcy No.23-11233-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of September, 2023, by first class mail upon those listed below:

Duane L. Hyrowich
668 Youngs Hill Road
Easton, PA  18040

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

                                                                    */s/ Kristen Gliem*
                                                                    Kristen Gliem
                                                                    for
                                                                    Scott F. Waterman, Esquire
                                                                    Standing Chapter 13 Trustee