**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DUANE L. HYROWICH, | : | CHAPTER 13 |
|       Debtor | : | |
| | : | No. 23-11233-pmm |
| | : | |
| SCOTT F. WATERMAN, | : | |
|       Chapter 13 Trustee. | : | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned represents, and appears on behalf of North Whitehall Township, a party in interest in the above-captioned case. Kindly enter my appearance on behalf of North Whitehall Township.

Respectfully Submitted,

**Norris McLaughlin, P.A.**

*/s/ Ben Sheppard/*

Date:  December 15, 2023

Benjamin P. Sheppard, Esquire
515 W. Hamilton St., Ste. 502
Allentown, Pennsylvania 18101
Tel: 484.765.2214
Fax: 484.765.2224
E-mail: bsheppard@norris-law.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | |
| DUANE L. HYROWICH, : | CHAPTER 13 |
| <u>Debtor</u> : | |
| : | No. 23-11233-pmm |
| : | |
| SCOTT F. WATERMAN, : | |
| <u>Chapter 13 Trustee</u>. : | |

**CERTIFICATE OF SERVICE**

I, Benjamin P. Sheppard, Esquire, do hereby certify that on the 15th day of December, 2023, a true and correct copy of the Notice of Appearance was served upon the parties listed below by first-class, postage prepaid U.S. Mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Ste. 500
Philadelphia, PA 19107
USPTRegion03.PH.ECF@usdoj.gov

Charles Laputka, Esquire
Attorney for Debtor
1344 W. Hamilton St.,
Allentown, PA 18103
Tel: 610.477.0155

**Norris McLaughlin, P.A.**

*/s/ Ben Sheppard*

Benjamin P. Sheppard, Esquire
515 Hamilton St., Ste. 502
Allentown, PA 18101
Tel: 484.765.2214
Fax: 484.765.2224