## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DUANE L. HYROWICH, | : | CHAPTER 13 |
| <u>Debtor</u> | : | |
| | : | No. 23-11233-pmm |
| | : | |
| DUANE L. HYROWICH, | : | |
| <u>Movant,</u> | : | |
| | : | |
| NORTH WHITEHALL TOWNSHIP | : | |
| <u>Respondent</u> | : | |
| SCOTT F. WATERMAN, | : | |
| <u>Chapter 13 Trustee</u>. | : | |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

North Whitehall Township hereby withdraws its Proof of Claim # 2.1, filed on or about October 23, 2023, in the amount of $14,000.00 as this was filed in error.

Respectfully Submitted,

**Norris McLaughlin, P.A.**

Date:   December 15, 2023

By: /s/ Ben Sheppard

 Benjamin P. Sheppard, Esquire
515 W. Hamilton St., Ste. 502
Allentown, Pennsylvania 18101
Tel: 484.765.2214
Fax: 484.765.2224
E-mail: bsheppard@norris-law.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DUANE L. HYROWICH, | : | CHAPTER 13 |
|     Debtor | : | |
| | : | No. 23-11233-pmm |
| | : | |
| DUANE L. HYROWICH, | : | |
|     Movant, | : | |
| | : | |
| NORTH WHITEHALL TOWNSHIP | : | |
|     Respondent | : | |
| SCOTT F. WATERMAN, | : | |
|     Chapter 13 Trustee. | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2023. Upon consideration of Debtor's Objection to Proof of Claim 2.1 filed by North Whitehall Township, and Respondent's Praecipe to Withdraw Proof of Claim,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Respondent's Proof of Claim is hereby **WITHDRAWN**.

_____
**JUDGE PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY COURT**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DUANE L. HYROWICH, <br>       Debtor | : <br> : <br> : | CHAPTER 13 <br><br> No. 23-11233-pmm |
| DUANE L. HYROWICH, <br>       Movant, | : <br> : <br> : | |
| NORTH WHITEHALL TOWNSHIP <br>       Respondent | : <br> : | |
| SCOTT F. WATERMAN, <br>       Chapter 13 Trustee. | : <br> : | |

**CERTIFICATE OF SERVICE**

I, Benjamin P. Sheppard, Esquire, do hereby certify that on the 15th day of December, 2023, a true and correct copy of the Praecipe to Withdraw Proof of Claim, and Proposed Order was served upon the parties listed below by first-class, postage prepaid U.S. Mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Ste. 500
Philadelphia, PA 19107
USPTRegion03.PH.ECF@usdoj.gov

Charles Laputka, Esquire
Attorney for Debtor
1344 W. Hamilton St.,
Allentown, PA 18103
Tel: 610.477.0155

                                            **Norris McLaughlin, P.A.**

                                            */s/ Ben Sheppard*

                                          Benjamin P. Sheppard, Esquire
                                          515 Hamilton St., Ste. 502
                                          Allentown, PA 18101
                                          Tel: 484.765.2214
                                          Fax: 484.765.2224