**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| DUANE L. HYROWICH, | : CHAPTER 13 |
| <u>Debtor</u> | : |
| | : No. 23-11233-pmm |
| | : |
| NORTH WHITEHALL TOWNSHIP, | : |
| <u>Movant</u>, | : |
| | : |
| SCOTT F. WATERMAN, | : |
| <u>Chapter 13 Trustee</u>. | : |

## <u>CERTIFICATION OF NO OBJECTION</u>

I, Benjamin P. Sheppard, attorney for North Whitehall Township ("<u>Movant</u>") hereby certify that:

1. On January 12, 2024 Movant filed a Motion for Relief for the Stay (the "<u>Motion</u>") a copy of the Motion was served electronically on all parties listed to receive service via ECF. Additionally, a Notice of Motion for Relief from Stay, proposed order, and certification of service was filed on January 25, 2024. It is submitted that all parties with an interest in the motion and/or their counsel would have received a copy of the Motion via ECF.

2. The period to file an objection has passed with no objection having been filed to the Motion.

WHEREFORE, the Movant respectfully requests that the Order approving the Motion be entered.

                                              Respectfully submitted,

**Dated: 2.7.2024**                     **NORRIS, McLAUGHLIN PA**

*/s/ Ben Sheppard*

By: Benjamin P. Sheppard, Esquire
515 Hamilton St., Ste. 502
Allentown, PA 18101
Tel: (484) 765-2214
E-mail: bsheppard@norris-law.com

35603-1                                                2