**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DUANE L. HYROWICH, | : | CHAPTER 13 |
| Debtor | : | |
| | : | No. 23-11233-pmm |
| | : | |
| NORTH WHITEHALL TOWNSHIP, | : | |
| Movant, | : | Motion for Relief from Stay |
| | : | |
| SCOTT F. WATERMAN, | : | |
| Chapter 13 Trustee. | : | |

## ORDER

AND NOW this __9th__ day of __February__ 2024, upon review of Movants, North Whitehall Township's Motion for Relief from Stay, and any response thereto and after Notice and a Hearing, it is hereby ORDERED and DECREED as follows:

(a)    Movants are granted relief from the stay in order to demolish the residential structure located at 3917 Buchanan Street, Coplay, Pennsylvania 18037 (the "Residence") and to place a lien on the property known as 3917 Buchanan Street, Coplay, Pennsylvania 18037 for the cost of demolishing the Residence pursuant to Subsection 110.3 of the IPMC, as adopted by the Township by Ordinance No. 2019-3 because the Residence constitutes an "unsafe structure" pursuant to Subsection 108.1.1 of the IPMC and a "dangerous structure" pursuant to Subsection 108.1.5 of the IPMC.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer,       J.