United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11233-pmm |
| Duane L. Hyrowich | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duane L. Hyrowich, 668 Youngs Hill Road, Easton, PA 18040-6529 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 14, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BENJAMIN POWEL SHEPPARD | on behalf of Creditor North Whitehall Township bsheppard@norris-law.com |
| CHARLES LAPUTKA | on behalf of Debtor Duane L. Hyrowich claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | |
| DUANE L. HYROWICH, : | CHAPTER 13 |
| <u>Debtor</u> : | |
| : | No. 23-11233-pmm |
| : | |
| NORTH WHITEHALL TOWNSHIP, : | |
| <u>Movant,</u> : | Motion for Relief from Stay |
| : | |
| SCOTT F. WATERMAN, : | |
| <u>Chapter 13 Trustee</u>. : | |

**ORDER**

AND NOW this <u>9th</u> day of <u>February</u> 2024, upon review of Movants, North Whitehall Township's Motion for Relief from Stay, and any response thereto and after Notice and a Hearing, it is hereby ORDERED and DECREED as follows:

(a)    Movants are granted relief from the stay in order to demolish the residential structure located at 3917 Buchanan Street, Coplay, Pennsylvania 18037 (the "<u>Residence</u>") and to place a lien on the property known as 3917 Buchanan Street, Coplay, Pennsylvania 18037 for the cost of demolishing the Residence pursuant to Subsection 110.3 of the IPMC, as adopted by the Township by Ordinance No. 2019-3 because the Residence constitutes an "unsafe structure" pursuant to Subsection 108.1.1 of the IPMC and a "dangerous structure" pursuant to Subsection 108.1.5 of the IPMC.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer,    J.