United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11233-pmm
Duane L. Hyrowich  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Apr 18, 2024      Form ID: pdf900      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Duane L. Hyrowich, 668 Youngs Hill Road, Easton, PA 18040-6529 |
| cr | + | North Whitehall Township, 3256 Levans Road, Coplay, PA 18037-2118 |
| 14824589 | + | Benjamin Powel Sheppard, 515 W. Hamilton Street, Suite 502, Allentown, PA 18101-1513 |
| 14777594 | #+ | Milstead & Associates LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14790870 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o MICHAEL FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14824590 | | North Whitehall Township, 3526 Levans Rd., Coplay, PA 18037 |
| 14839413 | + | North Whitehall Township, c/o Benjamin P. Sheppard, Esquire, 515 W. Hamilton St., Ste. 502, Allentown, Pennsylvania 18101-1513 |
| 14777596 | + | Richard Brent Somach, Esquire, 515 W Hamilton St - Suite 502, Allentown, PA 18101-1513 |
| 14777597 | + | Susquehanna Bank, 3920 W Tilghman St, Allentown, PA 18104-4434 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 19 2024 00:09:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2024 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Apr 18 2024 23:59:10 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14796462 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 00:08:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14790965 | ^ | MEBN | Apr 18 2024 23:59:10 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14777595 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 00:08:00 | Nationstar Mortgage, LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 15

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BENJAMIN POWEL SHEPPARD | on behalf of Creditor North Whitehall Township bsheppard@norris-law.com |
| CHARLES LAPUTKA | on behalf of Debtor Duane L. Hyrowich claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Duane L. Hyrowich<br><br>                  Debtor | Chapter 13<br><br>Bankruptcy No. 23-11233-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 18, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE